IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Thurman Dee Payne, # 16992-180, | ) | C.A. No. 0:07-804-TLW-BM |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Michael Pettiford, Warden , | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

      This action was filed by the petitioner, proceeding *pro se,* pursuant to 28 U.S.C. § 2241. (Doc. # 1). This matter is now before the Court upon the Magistrate Judge's Report and Recommendation that the petition in the above-captioned case be dismissed without prejudice and without issuance and service of process. The Report was filed on July 9, 2007. To date, no objections have been filed.

      This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

      A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that

1

2

the Magistrate Judge's Report is **ACCEPTED** (Doc. # 26), and the petition in the above-captioned case is **DISMISSED** without prejudice and without issuance and service of process.

   **IT IS SO ORDERED.**

                                             s/ Terry L. Wooten
                                           **TERRY L. WOOTEN**
                                           **UNITED STATES DISTRICT JUDGE**

October 18, 2007
Florence, South Carolina

2